IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -1 PM 12:31

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                        CR. NO. 04-20450-B

ROSETTA PERKINS,
LARRY VERNELL BULLOCK,

    Defendants.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a report date on July 25, 2005. At that time, counsel for the defendant requested a continuance of the August 1, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to October 3, 2005 with a **report date of Monday, September 26, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN. Defendants' personal appearances are waived for September 26, 2005 report date.

The period from August 12, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-2-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CR-20450 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

Andrew M. Greene
TROUTMAN SANDERS LLP
600 Peachtree St N.E.
Ste 5200
Atlanta, GA 30308--221

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Brian B. Lavine
TROUTMAN SANDERS LLP
600 Peachtree St. N.E.
Ste 5200
Atlanta, GA 30308--221

Honorable J. Breen
US DISTRICT COURT