IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

VS.

CR. NO. 04-20450-B

ROSETTA PERKINS BROWN,
LARRY VERNELL BULLOCK,

    Defendants.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

---

This cause came on for a report date on November 28, 2005. At that time, counsel for the defendant requested a continuance of the December 5, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to March 6, 2006 with a **report date of Monday, February 27, 2006, at 9:30 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from December 16, 2005 through March 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 1st day of December, 2005.

J. DANIEL BREEN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-5-05



UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20450 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Andrew M. Greene
TROUTMAN SANDERS LLP
600 Peachtree St N.E.
Ste 5200
Atlanta, GA 30308--221

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Brian B. Lavine
TROUTMAN SANDERS LLP
600 Peachtree St. N.E.
Ste 5200
Atlanta, GA 30308--221

Honorable J. Breen
US DISTRICT COURT